THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
No. 5:13-CV-835-D

| | |
|---|---|
| ROBERT OPSITNICK JR., and ANNA M. OPSITNICK <br><br> Plaintiffs, <br><br> v <br><br> JUNIUS ALLEN CRUMPLER III <br><br> Defendant. | ORDER |

This matter is before the Court on Defendant Junius Allen Crumpler's ("Defendant") Motion & Supporting Memorandum of Law to Stay Rule 26(F) Conference and Discovery (ECF Doc. No. 12.)

Having considered the Defendant's Motion to Stay and supporting Memoranda and the Plaintiffs' response thereto, the Court finds that the Defendant has demonstrated good cause for the Motion to Stay, and that the request to stay discovery is reasonable considering the Defendant's pending Motion(s) to Dismiss.

Accordingly, Defendant's Motion to Stay Discovery (ECF Doc. No. 12) is ALLOWED, and it is hereby ORDERED that all discovery in this action, including the initial pretrial conference and discovery plan required by Rule 26(f) of the Federal Rules of Civil Procedure and the onset of any and all discovery requirements including initial disclosures required by Rule 26(a), are STAYED until further order of the Court.

SO ORDERED, this the 1 day of March, 2014.

James C. Dever III
Chief United States District Judge