IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:13-CV-835-D

ROBERT OPSITNICK, JR. and ANNA M. )
OPSITNICK, )
            )
      Plaintiffs, )
            )
v. ) **ORDER**
            )
JUNIUS ALLEN CRUMPLER, III, )
            )
      Defendant. )

This case comes before the court on a motion (D.E. 26) by plaintiffs Robert Opsitnick, Jr. and Anna M. Opsitnick (collectively "plaintiffs") to compel defendant Junius Allen Crumpler, III ("defendant") to respond to their interrogatories, requests for production of documents, and requests for admission. Defendant filed a response (D.E. 28) indicating that all issues presented by plaintiffs' motion to compel have been resolved. By Order dated 14 April 2015 (D.E. 30), the court directed the parties to prepare a joint status report that either confirmed that no further action by the court is needed with respect to plaintiffs' motion or identified any issue either side contended still required court resolution. The parties timely filed their status report (D.E. 32) on 24 April 2015. In the report, the parties indicate that all issues have been resolved.[1] Plaintiffs' motion to compel is accordingly DENIED as moot.

---

[1] Defendant, who prepared the joint discovery status report, indicated that he believed that plaintiffs were satisfied with the format of the production of defendant's discovery responses, but that at the time the status report was filed, he had not received complete confirmation. (Joint Status Rep. ¶4e). Because no further filing has been made to the contrary, the court presumes that the statement continues to be accurate and that no further production is required.

SO ORDERED, this 4 day of May 2015.

_____
James E. Gates
United States Magistrate Judge

2

Case 5:13-cv-00835-D   Document 34   Filed 05/06/15   Page 2 of 2