UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ROBERT OPSITNICK, JR., )
and ANNA M. OPSITNICK, )
        Plaintiffs, ) **JUDGMENT IN A CIVIL CASE**
         ) **CASE NO. 5:13-CV-835-D**
         )
V. )
         )
JUNIUS ALLEN CRUMPLER, III, )
        Defendant. )

**Decision by Court.**
This action came before this Court for ruling as follows.

IT IS ORDERED and ADJUDGED that the plaintiffs were fully heard on their claim at trial. After hearing the parties on the defendant's motion for Judgment as a Matter of Law following the completion of the plaintiffs' evidence and pursuant to Rule 50 of the Federal Rules of Civil Procedure, the Court concludes (as explained in open court and incorporated herein by reference) that there is not legally sufficient evidentiary basis for a reasonable jury to find for the plaintiffs on their claim at trial. Accordingly, the Court GRANTS the defendant's motion for Judgment as a Matter of Law. The plaintiffs shall have and recover nothing of the defendant. Plaintiffs' action is hereby DISMISSED. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this Court's local rules. The clerk is directed to close this case.

**This Judgment Filed and Entered on August 16, 2016, and Copies To:**

| | |
|---|---|
| Robert Opsitnick, Jr. | Sent to 63 Whittlesey Ave. Chicopee, MA 01020 via US Mail |
| Anna M. Opsitnick | Sent to 63 Whittlesey Ave. Chicopee, MA 01020 via US Mail |
| Junius Allen Crumpler, III | Sent to 9250-405 Bruckhaus Dr. Raleigh, NC 27617 via US Mail |

DATE:                          JULIE RICHARDS JOHNSTON, CLERK
August 16, 2016          (By) /s/ Nicole Briggeman
                                   Deputy Clerk